# Affidavit of Process Server

_Michael Haffner et al_ vs _Gregory Trucking, Inc_   _08C1246_
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I **Walter Schwalm**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Gregory Trucking, Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ _Summons and Complaint_

by serving (NAME) X _Robert G. Olcott_

at ☒ Home _4205 Ravine Dr. Crystal Lake IL_
   ☐ Business _____
☒ on (DATE) _3/4/08_ at (TIME) _8:40 P.M._

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
DATE TIME                DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blond Hair                   ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin    ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _M/W/40's Curly black hair with flecks of gray_

State of Illinois    County of Cook

_Walter Schwalm_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this _5_ day of _March_, 20_08_

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.