IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | Case No. 08 C 1246 |
| Plaintiff, | Judge Lindberg |
| v. | Magistrate Judge Valdez |
| GREGORY TRUCKING, INC., | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now Comes Plaintiff, Michael Haffner as trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund ("Welfare Fund") and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund ("Pension Fund") and files this Motion For Entry of Default Judgment and in support thereof states:

1. Plaintiff filed February 29, 2008 a complaint pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1132(a)(3) to collect delinquent employee benefit fund contributions.

2. Summons and complaint were served March 4, 2008 upon Defendant's president, Robert E. Gregory, as more fully appears from the "Affidavit of Process Server", attached hereto as Exhibit 1.

3. Defendant was required to file an answer to the complaint, or otherwise plead, no later than March 24, 2008.

  4.  As of April 10, 2008, Defendant had neither answered the complaint nor filed an appropriate motion.

  5.  By its failure to answer the complaint or otherwise plead, Defendant is in default.

  6.  As more fully appears from the Declaration of Michael Haffner, attached hereto as Exhibit 2, Defendant is indebted to the Welfare Fund for delinquent contributions in the amount of $5,492.00 and liquidated damages of $793.20 for the period of time September 2006 through November 2006 and for the months July 2007 through October 2007.

  7.  As more fully appears from the Declaration of Michael Haffner, attached hereto as Exhibit 2, Defendant is indebted to the Pension Fund for delinquent contributions in the amount of $5,328.75, and liquidated damages of $532.88 for the period of time September 2006 through November 2006 and for the months July 2007 through October 2007.

  8.  Pursuant to 29 U.S.C. Section 1132(g)(2)(B) and 26 U.S.C. Section 6621, Plaintiff is entitled, in addition to liquidated damages to, interest on the delinquent contributions at the rate of 8% per annum.  Accordingly, Defendant is indebted to the Pension Fund for statutory interest in the additional amount of $414.76, and to the Welfare Fund in the amount of $403.93.

  9.  As more fully appears from the declaration of Martin P. Barr attached hereto as Exhibit 3, Plaintiff incurred attorneys' fees of $3,010.00 and costs of $535.70 in bringing this action.

  WHEREFORE, Plaintiff hereby requests that the Court enter an order of default and judgment:

      A.      on behalf of the Welfare Fund for delinquent contributions in the amount of $5,492.00 and liquidated damages of $793.20 for the period of time September 2006 through November 2006 and for the months July 2007 through October 2007.

      B.      on behalf of the Pension Fund for the delinquent contributions in the amount of amount of $5,328.75, and liquidated damages of $532.88 for the period of time September 2006 through November 2006 and for the months July 2007 through October 2007.

      C.      on behalf of Plaintiff for interest owed on the unpaid contributions to the Pension Fund in the amount of $414.76 and to the Welfare Fund in the amount of $403.93;

      D.      on behalf of Plaintiff for reasonable attorneys' fees of $3,010.00 and costs of $535.70 incurred by the Funds in bringing this action; and

      E.      such other and further relief as the Court may be deemed just and equitable.

                                       Respectfully submitted,

                                       s/ Martin P. Barr
                                     Martin P. Barr, attorney for Plaintiffs

CARMELL CHARONE WIDMER
  MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois 60606
(312) 236-8033

Dated:  April 11, 2008

3