# Affidavit of Process Server

**Michael Haffner et al** vs **Gregory Trucking, Inc** **08C1246**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Gregory Trucking, Inc__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons and Complaint__

by serving (NAME) ☒ __Robert G. Olcott__
at ☒ Home __4205 Ravine Dr. Crystal Lake IL__
☐ Business _____
☒ on (DATE) __3/4/08__ at (TIME) __8:40 P.M.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____,
DATE TIME — DATE TIME — DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME — DATE TIME — DATE TIME

**Description:**
☒ Male ☒ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __M/W/40's curly black hair with flecks of gray__

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this __5__ day of __March__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

EXHIBIT 1

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, <br><br>Plaintiff, <br><br>v. <br><br>GREGORY TRUCKING, INC., <br><br>Defendant. | Case No. 08 C 1246 <br><br>Judge Lindberg <br><br>Magistrate Judge Valdez |

### DECLARATION OF MICHAEL HAFFNER

I, Michael Haffner, in accord with 28 U.S.C. § 1746, hereby give my declaration.

1. I am trustee and chairman of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund ("Welfare Fund") and the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund ("Pension Fund"). In preparing this declaration I have reviewed the Funds' files and records concerning Defendant Gregory Trucking, Inc. This declaration is based upon the Funds' records, and the amounts due as stated in this declaration are for the period of time from September through November 2006 and July 2007 through October 2007.

2. The allegations set forth in the complaint against Gregory Trucking, Inc. and its attached exhibits are true and accurate. No contributions have been forwarded to either fund by or on behalf of Gregory Trucking, Inc., since the filing of the complaint.

3. The total amount of unpaid contributions owed to the Welfare Fund for the period of time from September through November 2006 and July 2007 through October 2007 is

Page 1 of 2


EXHIBIT 2

$5,492.00. The amount of unpaid contributions owed to the Pension Fund for the period of time from September through November 2006 and July 2007 through October 2007 is $5,328.75.

    4.    The trust agreement that govern both funds as well as the applicable collective bargaining agreement ("Agreement") provide for liquidated damages of 10% in the event that a contributing employer fails to pay contributions in a timely manner. Accordingly, Gregory Trucking, Inc. owes the Welfare Fund $793.20 in liquidated damages, and owes the Pension Fund $532.88 in liquidated damages for the period of time at issue in this litigation.

    5.    In addition to the amounts set forth above, Gregory Trucking is liable under the trust funds and Agreement to both Funds for payment of attorneys' fees and costs under the Agreement and the governing trust agreements.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 08, 2008

_____
Michael B. Haffner

SUBSCRIBED AND SWORN TO
Before me this 8th day of
April, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
CAMILLE WINER ANDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-24-2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY TRUCKING, INC.,<br><br>    Defendant. | Case No. 08 C 1246<br><br>Judge Lindberg<br><br>Magistrate Judge Valdez |

### DECLARATION OF MARTIN BARR

Martin Barr, in accord with 28 U.S.C. § 1746, hereby makes the following declaration.

1. I am a partner of the firm Carmell Charone Widmer Moss & Barr, Ltd. I obtained my J.D. in 1985. During the last twenty two (22) years I have specialized in labor law and employee benefit plan litigation under the Employee Retirement Income Security Act.

2. William A. Widmer, III, is also a partner in the firm. He has specialized in labor law and employee benefit plan litigation under the Employee Retirement Income Security Act for over thirty (30) years.

3. Mia Segal is an associate in the firm and has been specializing since September, 2007 in matters involving labor law and the Employee Retirement Income Security Act.

4. My firm seeks an award of attorneys' fees of $3,010.00 calculated at the rate of $250.00 an hour for Mr. Widmer and myself, and $150.00 an hour for Ms. Segal for work we have performed on behalf of Plaintiff in the above-captioned matter.

5. Mr. Widmer, Ms. Segal, and I have expended 12.6 hours in the course of this


EXHIBIT 3

litigation on behalf of Plaintiff including pre-lawsuit investigation, discussion with representatives of Plaintiff, drafting the complaint, negotiating settlement and drafting settlement documents, drafting the motion for default judgment and supporting declarations, and appearing in court for presentment of the motion for default judgment.

6. Plaintiff has incurred costs of $350.00 for the filing of this lawsuit, $152.50. for service of process, $15.00 for the delivery of litigation-related documents, and $18.20 for copying charges.

7. The total amount of attorneys' fees and costs sought on behalf of Plaintiff in relation to this litigation is $3,545.70.

8. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2008

_____
Martin P. Barr