IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY TRUCKING, INC., <br><br> Defendant. | Case No. 08 C 1246 <br><br> Judge Lindberg <br><br> Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:  Gregory Trucking, Inc.
    c/o Robert E. Gregory, Its President
    4205 Ravine Drive
    Crystal Lake, IL  60012

    PLEASE TAKE NOTICE that on Wednesday, April 23, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned will appear before Judge Lindberg in courtroom 1425 at 219 South Dearborn St., Chicago, Illinois and present the **Plaintiff's Motion For Entry Of Default Judgment**, a copy of which is attached hereto and herewith served upon you.

                                s/ Martin P. Barr
                                Martin P. Barr, attorney for Plaintiff
                                Carmell Charone Widmer Moss & Barr
                                230 W. Monroe St., Suite 1900
                                Chicago, IL  60606
                                (312) 236-8033
                                Dated:  April 11, 2008

## CERTIFICATE OF SERVICE

Martin P. Barr, an attorney, states that a copy of the foregoing Notice of Motion and **Plaintiff's Motion For Entry of Default Judgment** have been served on the following by regular mail this 11th day of April, 2008:

>Gregory Trucking, Inc.
>c/o Robert E. Gregory, Its President
>4205 Ravine Drive
>Crystal Lake, IL  60012

>s/ Martin P. Barr
>Martin P. Barr
>Attorney for Plaintiff
>Carmell Charone Widmer Moss & Barr
>230 West Monroe Street, Suite 1900
>Chicago, Illinois 60606
>(312) 236-8033
> Dated: April 11, 2008