IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | ) ) ) ) ) ) ) | Case No. 08 C 1246 Judge Lindberg |
| Plaintiff, | ) ) | Magistrate Judge Valdez |
| v. | ) ) | |
| GREGORY TRUCKING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: George A. Mueller, Esq.
101 N. Virginia Street
Suite 120
Crystal Lake, IL 60014

    PLEASE TAKE NOTICE that on Wednesday, April 23, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned will appear before Judge Lindberg in courtroom 1425 at 219 South Dearborn St., Chicago, Illinois and present the **Agreed Motion For Entry Of Agreed Judgment**, a copy of which is attached hereto and herewith served upon you.

    s/ Martin P. Barr
Martin P. Barr, attorney for Plaintiff
Carmell Charone Widmer Moss & Barr
230 W. Monroe St., Suite 1900
Chicago, IL 60606
(312) 236-8033
Dated: April 18, 2008

## **CERTIFICATE OF SERVICE**

Martin P. Barr, an attorney, states that a copy of the foregoing Notice of Motion and **Agreed Motion For Entry Of Agreed Judgment** have been served on the following by facsimile and regular mail this 18th day of April, 2008:

>George A. Mueller, Esq.
>101 N. Virginia Street
>Suite 120
>Crystal Lake, IL 60014
>Fax No. (815) 459-9085

>s/ Martin P. Barr
>Martin P. Barr
>Attorney for Plaintiff
>Carmell Charone Widmer Moss & Barr
>230 West Monroe Street, Suite 1900
>Chicago, Illinois 60606
>(312) 236-8033
>Dated: April 18, 2008