# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1246 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Michael Haffner, et al. Vs. Gregory Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that judgment is entered in favor of the plaintiffs in th amount of $12,146.83. Enter judgment order. Plaintiffs' motion for default is moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|