

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY TRUCKING, INC., <br><br> Defendant. | Case No. 08 C 1246 <br><br> Judge Lindberg <br> Magistrate Judge Valdez |

## AGREED JUDGMENT

The Court having determined that, consistent with the agreement of Plaintiff Michael Haffner, as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund and Defendant Gregory Trucking, Inc., judgment should be entered in favor of Plaintiff and against Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF AS FOLLOWS:

1. Defendant is indebted to Plaintiff in the amount of $12,146.83 ("Judgment amount"), representing $10,820.75 in delinquent fund contributions and $1,326.08 in liquidated damages.

2. Defendant will pay the Judgment Amount plus simple interest thereon of $1,080.00, calculated at the rate of 6%, in twenty-three (23) monthly payments of $500.00

commencing April 1, 2008 and due on the first of each month thereafter until paid in full, plus a twenty-fourth (24th) payment of $1,726.83. In the event of non payment when due of any monthly payment, the entire unpaid balance of the Judgment Amount will become immediately due and owing together with the costs of this action, $502.50, plus post-judgment interest in accordance with 26 U.S.C. Section 6621 and any costs and reasonable attorney's fees incurred in enforcing this Agreed Judgment.

Date: APR 18 2008

_____
Judge George W. Lindberg

Agreed:

_____
Attorney for Plaintiff

Agreed:

_____
Attorney for Defendant

_____
Bud Gregory - the president
GREGORY TRUCKING, INC.